UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **ERNEST ROMERO**, )<br>)<br>    Plaintiff, )<br>v. )<br> ) No. 1:13-cv-00658 KG/GBW<br>**COUNTY OF BERNALILLO BOARD** )<br>**OF COMMISSIONERS, BERNALILLO** )<br>**COUNTY SHERIFF DAN HOUSTON,** )<br>**DEPUTIES JOSHUA KINGSBURY, PAUL** )<br>**WATKINS, And JUSTIN KIMBROUGH,** )<br>individually and As Bernalillo County )<br>Sheriff's Deputies and Employees, )<br>)<br>    Defendants. )<br>) | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION TO EXTEND THE DEADLINE DISCOVERY TO DISCLOSE EXPERTS**

This matter came before the Court upon an unopposed motion by the Defendants to extend the discovery deadline for the Defendants to identify in writing any expert witness and submit Rule 26 report from January 14, 2009 to January 21, 2014.

For good cause shown, the Defendants' unopposed Motion is hereby GRANTED. The discovery deadline for the Defendants to identify in writing any expert witness and submit Rule 26 report of January 14, 2013 shall be extended to January 21, 2013. All other deadlines and dates previously scheduled in this case shall remain unchanged.

January 22, 2014.

_____
UNITED STATES DISTRICT JUDGE