IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNEST ROMERO,

        Plaintiff,

vs.                                                                                      CIV 13-0658 KG/GBW

COUNTY OF BERNALILLO BOARD
OF COMMISSIONERS, ET AL.,

        Defendants.

**ORDER SETTING AN IN PERSON STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held in person on **THURSDAY, JANUARY 30, 2014 at 10:30 a.m**. at the United States Courthouse, 4th Floor, Mimbres Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico. Counsel shall be prepared to discuss the setting of pretrial conferences and a trial in this matter.

                                                                            _____
                                                                            UNITED STATES DISTRICT JUDGE